IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| HAWAII LABORER'S TRUST FUNDS, ET AL., <br><br> Plaintiffs, <br> vs. <br><br> VUICH ENVIRONMENTAL CONSULTANTS, INC., a Hawaii corporation, <br><br> Defendant. <br> _____ | ) ) ) ) ) ) ) ) ) ) ) ) ) CV 06-00552 SOM-BMK |

## ORDER ADOPTING MAGISTRATE'S FINDINGS AND RECOMMENDATION

Findings and Recommendation having been filed on May 18, 2009, and no objections having been filed by any party,

IT IS HEREBY ORDERED AND ADJUDGED that, pursuant to Title 28, United States Code, Section 636(b)(1)(C) and Local Rule 74.2, the Findings and Recommendation are adopted as the opinion and order of this Court.

APPROVED AND SO ORDERED:

DATED: Honolulu, Hawaii; June 22, 2009.



/s/ Susan Oki Mollway
SUSAN OKI MOLLWAY
UNITED STATES DISTRICT JUDGE